ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
JAN 3 1 2006
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | |
|---|---|
| CHESTER LANDRES MOORE, #1071741,<br>Petitioner,<br><br>v.<br><br>DOUGLAS DRETKE, DIRECTOR, TDCJ-CID,<br>Respondent. | §<br>§<br>§   No. 3:04-CV-2093-H<br>§   ECF<br>§<br>§<br>§ |

## ORDER

Before the Court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge, filed January 12, 2006, and Petitioner's Objection thereto, filed January 30, 2006.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Conclusions of the Magistrate Judge and Petitioner's Objection. Having done so, the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objection is **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: January ___31st___, 2006


BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS